# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH OGUDU,

    Defendant.

Civil Action 2:21-MJ-371

Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of Defendant's Motion to Reconsider Order of Detention and Reopen for Further Evidence and Argument (ECF No. 13) and the Government's Response in Opposition (ECF No. 16). Defendant asks the Court to reconsider his detention and release him from custody, citing as new evidence that his sister has verified information Defendant provided to pretrial services. The undersigned has considered the parties' respective arguments and finds that the verification by Defendant's sister does not warrant release or even the scheduling of a new detention hearing. Upon consideration of the factors set forth in 18 U.S.C. § 3142(g), the undersigned concludes that Defendant's sister's verification does not alter the undersigned's conclusion that the Government has satisfied its burden to show, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably assure Defendant's appearance as required. Defendant's Motion (ECF No. 16) is therefore **DENIED**.

    IT IS SO ORDERED.

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE